# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Mikart LLC | 11/30/2022 | Wire | $ 292,780.56 |
| Akorn Operating Company, LLC | Mikart LLC | 1/6/2023 | Wire | $ 263,288.88 |
| Akorn Operating Company, LLC | Mikart LLC | 1/27/2023 | Wire | $ 97,260.93 |
| | | | | $ 653,330.37 |